**<u>Exhibit B</u>**
**Declaration of Melissa S. Kibler**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

IN RE: Chapter 11 Cases

TRAJECTOR HOLDINGS, LLC, et al.,[1]

Debtors.

Case No. 3:26-bk-03286-JAB
(Jointly Administered)

_______________________________________/

**DECLARATION OF MELISSA S. KIBLER IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR APPROVAL OF EMPLOYMENT AND RETENTION OF ACCORDION PARTNERS, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF AUGUST 25, 2026**

I, MELISSA S. KIBLER, being duly sworn, state the following under penalty of perjury:

1. I am a Senior Managing Director with Accordion Partners, LLC ("Accordion"), a financial and technology consulting firm headquartered at One Vanderbilt Avenue, New York, New York 10017. I am based in Accordion's Chicago, Illinois office. I am authorized to submit this declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), in the Debtors' jointly administered chapter 11 cases (the "Chapter 11 Cases"), for entry of an order authorizing the employment and retention of Accordion as financial advisor to the Committee under the terms and conditions set

[1] The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607. The names and last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

forth in the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.

**Qualifications of Accordion**

2. On August 25, 2026, the Committee selected Accordion to serve as financial advisor to the Committee to perform all of the services that are necessary and appropriate to discharge the Committee's responsibilities and further the interests of the Committee's constituents in the Chapter 11 Cases, subject to approval by the Court.

3. Accordion is a financial and technology consulting firm, serving companies and their stakeholders across a wide spectrum of industries and sizes. Accordion's services include, but are not limited to, turnaround and restructuring consulting, interim management and chief restructuring officer services, transaction consulting, performance improvement, operational and technical accounting consulting, finance function transformation, data and analytics, and strategic financial planning and analysis. Accordion has significant qualifications and experience in these matters and an excellent reputation for providing high quality, specialized financial advisory and restructuring services to debtors, official committees, and other stakeholders in complex chapter 11 cases and other restructurings, both in and out of court.

4. Accordion professionals, on behalf of Accordion or its predecessors, have advised debtors, official committees, and other stakeholders in many recent cases, including, among others: *In re North Star Health Alliance, Inc.*, No. 26-60099 (WAK) (Bankr. N.D.N.Y. 2026); *In re Shannon Wind, LLC*, No. 26-90124 (ARP) (Bankr. S.D. Tex. 2026); *In re Saks Global Enterprises, LLC, et al.*, No. 26-90103 (ARP) (Bankr. S.D. Tex. 2026); *In re AFH Air Pros LLC, Air Pros Atlanta LLC, et al.*, No. 25-10356 (PMB) (Bankr. N.D. Ga. 2025); *In re AMPLIFYBIO LLC*, No. 25-52140 (MNK) (Bankr. S.D. Ohio 2025); *In re Hooters of America, LLC*, No. 25-

80078 (SWE) (Bankr. N.D. Tex. 2025); *In re Village Roadshow Entertainment Group USA Inc.*, No. 25-10475 (TMH) (Bankr. D. Del. 2025); *In re Red River Talc, LLC*, No. 24-90505 (CML) (Bankr. S.D. Tex. 2024); *In re OSG Holdings, Inc.*, No. 23-90799 (CML) (Bankr. S.D. Tex. 2023); *In re Performance Powersports Group Investor, LLC, et al.*, No. 23-10047 (LSS) (Bankr. D. Del. 2023); *In re The Pill Club Pharmacy Holdings, LLC*, No. 23-41090 (ELM) (Bankr. N.D. Tex. 2023); *In re MRRC Hold Co. (f/k/a Rubio's Restaurants, Inc.)*, No. 20-12688 (MFW) (Bankr. D. Del. 2020); *In re K.G. IM, LLC (Il Mulino)*, No. 20-11723 (MG) (Bankr. S.D.N.Y. 2020); *In re Muji U.S.A. Limited*, No. 20-11805 (MFW) (Bankr. D. Del. 2020); *In re Advantage Holdco, Inc.*, No. 20-11259 (CTG) (Bankr. D. Del. 2020); *In re Old Market Group Holdings Corp. (f/k/a Fairway Group Holdings Corp.)*, No. 20-10161 (JLG) (Bankr. S.D.N.Y. 2020); *In re Schurman Fine Papers*, No. 20-10135 (JTD) (Bankr. D. Del. 2020); *In re Kaiser Gypsum Co.*, No. 16-31602 (JCW) (Bankr. W.D.N.C. 2019); and *In re Colt Defense LLC*, No. 15-11287 (LSS) (Bankr. D. Del. 2015).

5. I have over 35 years of experience providing financial advisory, restructuring, and turnaround services to large and mid-sized companies and their stakeholders. I also head the Litigation Advisory & Testimony practice area at Accordion and have extensive investigative, litigation, and valuation experience, including insolvency-related litigation, avoidance actions, fraud investigations, M&A disputes, director and officer claims, and other commercial litigation support. I am a past Chair of the American College of Bankruptcy and the American Bankruptcy Institute.

6. Accordion understands that the Committee selected Accordion to serve as its financial advisor based in part upon Accordion's and its professionals' extensive knowledge, experience, and expertise in representing stakeholders in chapter 11 cases, including official

committees of unsecured creditors. Accordion's professional standing and reputation, as well as its considerable experience providing financial advisory and other services in bankruptcies, restructurings and related litigation, demonstrate that Accordion is well-qualified to advise the Committee.

7. Subject to further order of this Court, the services Accordion has rendered and may be required to render for the Committee include, without limitation, the following:

a. Familiarizing the Committee and its counsel with, analyzing and monitoring the Debtors' cash forecast, budget, assets and liabilities, and overall financial condition;

b. Reviewing financial and operational information furnished by the Debtors, including underlying books and records supporting the Debtors' schedules of assets and liabilities and statements of financial affairs;

c. Facilitating or assisting in monitoring any sale process, including review of marketing efforts, bidding procedures, stalking horse bids, indications of interest, cure schedules, and asset purchase agreements, and assessing the economics thereof;

d. Analyzing the economic terms of various agreements, including but not limited to motions for allowance of compensation or key employee incentive and retention programs;

e. Monitoring and updating the Committee on the Debtors' proposed turnaround and operational improvement plans, including anticipated cost savings, and analyzing related forecasts and financial projections;

f. Assessing the Debtors' proposed lease and contract rejections, including analysis of underlying economics and remedies available to the estates;

g. Assessing the Debtors' pleadings and proposed treatment of unsecured creditor claims;

h. Providing analyses to support any motions, responses or other filings on behalf of the Committee;

i. Preparing, or reviewing as applicable, avoidance action, insider transaction, and other investigative analyses as requested by the Committee and its counsel, including with respect to preference payments, insider distributions, and affiliate transfers, director and officer claims, and other potential causes of action;

j. Investigating and assessing prepetition financial and other transactions by the Debtors and their management and equity holders;

k. Assisting the Committee in reviewing the Debtors' financial reports, including statements of financial affairs, schedules of assets and liabilities, cash collateral or debtor-in-possession financing budgets, as applicable, and monthly operating reports;

l. Reviewing and advising regarding any claims reconciliation or estimation process;

m. Attending meetings and advising the Committee in negotiations with the Debtors, investors, lenders, U.S. Trustee and other third parties, as necessary;

n. Assisting the Committee and its counsel in formulating, evaluating, and negotiating the terms of any chapter 11 plan and related disclosure statement;

o. If necessary, testifying as a witness or otherwise supporting Committee counsel in hearings before the Court with respect to matters upon which Accordion has provided advice; and

p. Such other activities consistent with the above as are approved by the Committee and the Committee's counsel, and as are agreed by Accordion.

8. Subject to the Court's approval of the Application, Accordion is willing to serve as the Committee's financial advisor in the Chapter 11 Cases and to perform the services described above.

**Disinterestedness and Eligibility**

9. In connection with the preparation of this Declaration, Accordion conducted a review of its connections with the Debtors, their affiliates, and certain entities holding claims against, or equity interests in, the Debtors that were made known to Accordion by the Debtors and their counsel. A listing of the parties reviewed is reflected on Schedule 1 to this Declaration. Accordion's review, completed under my supervision, consisted of a query of the Schedule 1 parties within Accordion's internal computer databases, which cover Accordion Partners, LLC and its wholly owned subsidiaries, containing names of individuals and entities that are present

or recent former clients of Accordion, or have an economic relationship with Accordion as a vendor, lender, investor, or otherwise. A search was performed for connections to the Schedule 1 parties within the past two (2) years. Accordion also performed certain additional inquiries, including emails to its professionals, to identify other relevant connections. A listing of any relationships that Accordion identified during this process is set forth on Schedule 2 to this Declaration.

10. Based on the results of its review, Accordion does not have a relationship with any of the parties on Schedule 1 in matters related to the Debtors or the Chapter 11 Cases, except as disclosed on Schedule 2.

11. Accordion has provided, and may reasonably expect to continue to provide, services unrelated to the Chapter 11 Cases for the entities shown on Schedule 2. Accordion's assistance to these parties has been related to providing various financial and technology consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to or by these parties that relate to the Debtors or to the Chapter 11 Cases, nor does Accordion's involvement in the Chapter 11 Cases compromise its ability to continue such other consulting services.

12. As part of its diverse practice, Accordion appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Chapter 11 Cases. Accordion's professionals participate in and serve on the boards of various professional associations in which such professionals, as well as judges and employees of the Office of the U.S. Trustee, may also be involved. Accordion has performed in the past, and may perform in the future, advisory and consulting services for various attorneys and law firms, and has been

represented by several attorneys and law firms, some of whom may be involved in these cases. In addition, Accordion has in the past, may currently be, and will likely in the future be working with or against other professionals involved in the Chapter 11 Cases in matters unrelated to the Debtors and these cases. Moreover, Accordion might have referred work to, and might have received referrals of work from, parties-in-interest or other professionals who are retained in the Chapter 11 Cases, including but not limited to Deutsche Bank AG New York Branch and Foley & Lardner LLP. Based on our current knowledge of the professionals involved, and to the best of my knowledge, these relationships are not adverse to the Debtors' estates and are wholly unrelated to the Chapter 11 Cases.

13. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of Accordion's personnel (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the Middle District of Florida.

14. Accordion is not a "creditor" of the Debtors within the meaning of Bankruptcy Code § 101(10). Accordion is also a "disinterested person" as that term is defined in § 101(14), as modified by § 1107(b), of the Bankruptcy Code. Further, neither I nor any other member of the Accordion engagement team serving the Committee, to the best of my knowledge: (a) is a creditor, equity security holder, or insider of any of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of any of the Debtors; (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason; or (d) holds any debt or equity securities of the Debtors. To the best of my knowledge, based upon the results of the relationship search

described above and disclosed herein, Accordion (i) is a "disinterested person" as that term is defined in § 101(14), as modified by § 1107(b), of the Bankruptcy Code and (ii) neither holds nor represents an interest adverse to the Debtors or their estates. Therefore, Accordion believes it is eligible to represent the Committee under Bankruptcy Code § 1103.

15. Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in these cases, neither I nor Accordion can conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Accordion has been disclosed. Accordion intends to update and expand its ongoing relationship search for additional parties-in-interest on a regular basis. If any new material relevant facts or relationships are discovered or arise, Accordion will file a supplemental declaration.

**Professional Compensation**

16. Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, orders of this Court, including the Interim Compensation Order (as defined in the Application), and applicable U.S. Trustee guidelines, Accordion will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by Accordion, including legal and other fees related to the preparation of the Application (if any), as approved by the Court. Accordion understands that interim and final fee awards are subject to approval by this Court. The customary hourly rates, subject to periodic adjustment, charged by Accordion professionals assigned to this engagement are as follows:[2]

[2] In other matters, Accordion may use alternate billing structures and rates for its services, including working on a fixed fee basis (e.g., interim leadership, certain CFO advisory services), depending on the nature of each engagement. Additionally, other practice groups within Accordion (e.g., Operational & Technical Accounting, Strategic Financial Planning & Analysis, Transaction Execution, CFO Technology, etc.) may have hourly rates that

| Professional | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $1,050 – $1,250 |
| Managing Directors | $950 – $1,050 |
| Senior Directors | $795 – $895 |
| Directors | $675 – $775 |
| Vice Presidents | $575 – $650 |
| Associates | $450 – $550 |

17. Accordion will maintain records in support of any fees (in one-tenth (1/10th) of an hour increments), costs, and expenses incurred in connection with services rendered in the Chapter 11 Cases. In the event Accordion seeks reimbursement for attorneys' fees during the term of the Chapter 11 Cases, Accordion will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product) in Accordion's application for compensation of fees and reimbursement of expenses filed in the Chapter 11 Cases.

18. These hourly rates are adjusted periodically, typically on an annual basis, or upon promotion of Accordion's professionals. Accordion intends to provide notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Accordion's rates for professionals working in these Chapter 11 Cases. I believe that the fee structure set forth herein and in the Application is reasonable and comparable to those fees generally charged by restructuring financial advisors and consultants of similar stature to Accordion for comparable engagements, both in and out of chapter 11.

differ from those applicable to the services described herein. As such, the professional staff retained on this engagement may also be deployed on other engagements for which the structure of Accordion's compensation for their services may differ from the actual hourly fee billing and hourly rates that will apply to this engagement.

19. Accordion is not owed any amounts with respect to pre-petition fees and expenses and has received no retainer in these Chapter 11 Cases. No compensation has been paid or promised to be paid from a source other than the Debtors' estates in the Chapter 11 Cases.

20. To the best of my knowledge, (a) no commitments have been made or received by Accordion with respect to compensation or payment in connection with these cases, other than in accordance with the provisions of the Bankruptcy Code, and (b) Accordion has no agreement with any other entity to share with such entity any compensation received by Accordion in connection with the Chapter 11 Cases, other than as described herein. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by Accordion in its representation of the Committee.

**Indemnification**

21. I understand that the indemnification provisions set forth in the Application (the "Indemnification Provisions") impose obligations solely upon the Debtors and their estates, and that neither the Committee nor any of its members (or their respective representatives) shall have any liability thereunder. I believe the Indemnification Provisions, as modified by the terms of the proposed Order, are customary and reasonable for financial advisors in chapter 11 cases.

**No Duplication of Services**

22. The Committee and Accordion intend that Accordion's services will be appropriately directed by the Committee and its counsel so as to avoid duplication of efforts with any other professionals retained in the Chapter 11 Cases and will be performed in accordance with applicable standards of the profession. Accordion will work collaboratively with the Committee's other professionals to avoid duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2026

By: *<u>/s/ Melissa S. Kibler</u>*
Melissa S. Kibler, Senior Managing Director

## Schedule 1

## Potentially Interested Parties as of August 25, 2026[1]

[1] Potentially interested parties may be listed in multiple categories

| Name/Entity | Relationship |
|---|---|
| ADDUCO MEDIA LLC | Affiliate |
| ADVANTAGE LLC | Affiliate |
| ADVOCATES OF AMERICA, LLC | Affiliate |
| ANCHOR SIX SERVICES LLC | Affiliate |
| ANCHORSIX | Affiliate |
| BENEFITS GROUP HOLDINGS LLC | Affiliate |
| BENEFITS INSURANCE LLC | Affiliate |
| BENEFITS SOCIAL SECURITY LLC | Affiliate |
| CONTACT CENTER 1 LLC | Affiliate |
| Force Multiplier, LLC | Affiliate |
| Globaledge Holdings Solutions, Inc. | Affiliate |
| GLOBALTEK BPO INC. | Affiliate |
| GLOBALTEK BPO LLC | Affiliate |
| INFINITE IP LLC | Affiliate |
| Innovation Exchange LLC | Affiliate |
| MYLER DISABILITY HOLDINGS LLC | Affiliate |
| MYLER DISABILTY LLC | Affiliate |
| MYLER INSURANCE SERVICES HOLDINGS LLC | Affiliate |
| OUTREACH LEGAL | Affiliate |
| PERFECT PATH LLC | Affiliate |
| TRAJECTOR ADMIN SERVICES LLC | Affiliate |
| TRAJECTOR DISABILTY LLC | Affiliate |
| TRAJECTOR INDIA PRIVATE LIMITED | Affiliate |
| TRAJECTOR MEDIA SERVICES LLC | Affiliate |
| TRAJECTOR MEDICAL LLC | Affiliate |
| TRAJECTOR SERVICES | Affiliate |
| TRAJECTOR SS DISABILITY LLC | Affiliate |

| Name/Entity | Relationship |
|---|---|
| VET COMP & PEN MEDICAL CONSULTING LLC | Affiliate |
| AKH ENTERPRISES INC. | Affiliate / Member |
| BLACKFIN CAPITAL LLC | Affiliate / Member |
| DMS HOLDINGS INC. | Affiliate / Member |
| EPIFANIO PAYAMS | Affiliate / Member |
| GINKEN MEDICAL CONSULTING LLC | Affiliate / Member |
| RICHARD S. BLASER REVOCABLE TRUST LLC | Affiliate / Member |
| TURNER RAYMOND & ASSOCIATES LLC | Affiliate / Member |
| VENTURE STRATEGY LLC | Affiliate / Member |
| WHITE BLAZE MEDICAL CONSULTING LLC | Affiliate / Member |
| Chase Bank | Bank Institution |
| Mountain America Credit Union | Bank Institution |
| Plains State Bank | Bank Institution |
| Chase | Banking Relationships |
| KeyBank | Banking Relationships |
| Mountain America Credit Union | Banking Relationships |
| Plains State Bank | Banking Relationships |
| Regions Bank | Banking Relationships |
| Mutual of Omaha | Benefit Provider |
| UMR | Benefit Provider |
| WEX | Benefit Provider |
| Ashish Marya | Committee Members |
| Helie Dharia | Committee Members |
| Jeffrey Phillips | Committee Members |
| Oleg (Oleh) Hulak | Committee Members |
| Veterans of Foreign Wars of the United States | Committee Members |
| 4SQ Group, Inc. | Consolidated Top 30 Unsecured Creditors |
| Amazon Web Services, Inc. | Consolidated Top 30 Unsecured Creditors |

| Name/Entity | Relationship |
| --- | --- |
| Apps Associates LLC | Consolidated Top 30 Unsecured Creditors |
| Assure Disability LLC | Consolidated Top 30 Unsecured Creditors |
| Bay, Gene | Consolidated Top 30 Unsecured Creditors |
| Brex, Inc. | Consolidated Top 30 Unsecured Creditors |
| Campbell, Brian | Consolidated Top 30 Unsecured Creditors |
| Dex Imaging LLC | Consolidated Top 30 Unsecured Creditors |
| Dharia, Helie | Consolidated Top 30 Unsecured Creditors |
| Dubberly, Terrye | Consolidated Top 30 Unsecured Creditors |
| Exclusive Networks USA, Inc. | Consolidated Top 30 Unsecured Creditors |
| Hiya, Inc. | Consolidated Top 30 Unsecured Creditors |
| Hulak, Oleg | Consolidated Top 30 Unsecured Creditors |
| KeyBank | Consolidated Top 30 Unsecured Creditors |
| Marya, Ashish | Consolidated Top 30 Unsecured Creditors |
| Media Science LLC | Consolidated Top 30 Unsecured Creditors |
| Miglani, Rahul | Consolidated Top 30 Unsecured Creditors |
| Oleksandr, Oliynyk | Consolidated Top 30 Unsecured Creditors |
| Olinsky Law Group | Consolidated Top 30 Unsecured Creditors |
| OneSource Virtual, Inc. | Consolidated Top 30 Unsecured Creditors |
| Pastuszek, Jakub | Consolidated Top 30 Unsecured Creditors |
| Payams, Epifanio | Consolidated Top 30 Unsecured Creditors |
| Polakow, Paige | Consolidated Top 30 Unsecured Creditors |
| Purdonmoi, Inc. | Consolidated Top 30 Unsecured Creditors |
| Rudnicki, Adam | Consolidated Top 30 Unsecured Creditors |
| Thompson Reuters | Consolidated Top 30 Unsecured Creditors |
| Twilio, Inc. | Consolidated Top 30 Unsecured Creditors |
| Uniti Fiber Gulfco LLC | Consolidated Top 30 Unsecured Creditors |
| Walker, Evan | Consolidated Top 30 Unsecured Creditors |
| Walsh, Lori | Consolidated Top 30 Unsecured Creditors |

| **Name/Entity** | **Relationship** |
|---|---|
| 8x8, INC. | Creditor |
| Amazon Web Services, Inc. | Creditor |
| Centri Business Consulting, LLC | Creditor |
| Debevoise & Plimpton LLP | Creditor |
| Dubberly, Terrye | Creditor |
| Frain, Kevin | Creditor |
| Gossard, Steve | Creditor |
| Huh, Gene | Creditor |
| Khetani, Urvi | Creditor |
| Matia, Doug | Creditor |
| McMillan, John | Creditor |
| Media Science LLC | Creditor |
| Miglani, Rahul | Creditor |
| ONESOURCE VIRTUAL INC. | Creditor |
| Oracle America, Inc. | Creditor |
| PAX8 | Creditor |
| Payams, Epi | Creditor |
| Purdon, Matthew | Creditor |
| PurdonMoi Inc. | Creditor |
| Sanas.AI, Inc | Creditor |
| Twilio, Inc. | Creditor |
| Walker, Evan | Creditor |
| Walsh, Lori | Creditor |
| Weaver, Dustin | Creditor |
| Worldpay | Creditor |
| KPMG LLP | Creditor / Auditor |
| Outreach Pongpat, LLC | Creditor / Debtor Professional |
| Tunstall Consulting Inc. | Creditor / Debtor Professional |

| Name/Entity | Relationship |
|---|---|
| Bisaria, Ashish | Creditor / Former D&O |
| Borel, Ron | Creditor / Former D&O |
| 5950 LLC | Creditor / Landlord |
| Canyon Park Owner II LLC | Creditor / Landlord |
| Essex Strategies LLC | Creditor / Professional |
| James Moore & Co., P.L. | Creditor / Tax Professional |
| HEALY, MARK C. | CRO |
| BLASER, RICHARD S. | D&O |
| BOTT, DANIEL | D&O |
| CRANEFIELD, MICHAELLE | D&O |
| FRAIN, KEVIN | D&O |
| HILL II, JAMES S. | D&O |
| LEONARD, TYLER | D&O |
| PONGPAT, TOM | D&O |
| URIBE, GINA | D&O |
| ATVANTAGE, LLC | Debtor |
| Richards, Layton & Finger, P.A. | Debtor Professional |
| Adduco Media, LLC | Debtors |
| Ampry Holdings, LLC | Debtors |
| AnchorSix, LLC | Debtors |
| Atvantage, LLC | Debtors |
| Benefit Group Holdings, LLC | Debtors |
| Benefits Insurance, LLC | Debtors |
| Benefits Karma, LLC | Debtors |
| Concierge Staffing Service Management, LLC | Debtors |
| Contact Center 1, LLC | Debtors |
| Executive Staffing Solutions, PLLC | Debtors |
| Globaltek BPO LLC | Debtors |

| **Name/Entity** | **Relationship** |
|---|---|
| Infinite IP LLC | Debtors |
| Myler Disability Holdings, LLC | Debtors |
| Myler Disability, LLC | Debtors |
| Myler Insurance Services Holdings, LLC | Debtors |
| Perfect Path, LLC | Debtors |
| Trajector Admin Services, LLC | Debtors |
| Trajector Disability, LLC | Debtors |
| Trajector Holdings, LLC | Debtors |
| Trajector Media Services, LLC | Debtors |
| Trajector Medical, LLC | Debtors |
| Trajector, Inc. | Debtors |
| Carlton Fields, P.A. | Debtors Professional |
| Berger Singerman LLP | Debtors' Professionals |
| Carlton Fields, P.A. | Debtors' Professionals |
| Healy, Mark C. | Debtors' Professionals |
| Mann, Kenneth W. | Debtors' Professionals |
| Michael Moecker & Associates, Inc. | Debtors' Professionals |
| Richards, Layton & Finger, P.A. | Debtors' Professionals |
| SC&H Group | Debtors' Professionals |
| AKH Enterprises, Inc. | Equity Holders |
| Blackfin Capital, LLC | Equity Holders |
| DMS Holdings, LLC | Equity Holders |
| Ginken Medical LLC | Equity Holders |
| Payams, Epifanio | Equity Holders |
| Richard Blaser Revocable Trust | Equity Holders |
| Turner Raymond & Associates | Equity Holders |
| Venture Strategy LLC | Equity Holders |
| White Blaze Medical Consulting LLC | Equity Holders |

| Name/Entity | Relationship |
|---|---|
| MICHAEL MOECKER & ASSOCIATES, INC. | Financial Analyst |
| Kaizen LLC | Former Member |
| Certain Underwriters at Lloyd's, London | Insurance and Insurance Providers |
| Chaucer Insurance Company | Insurance and Insurance Providers |
| Hartford Casualty Insurance Company | Insurance and Insurance Providers |
| Hartford Fire Insurance Company | Insurance and Insurance Providers |
| Hartford Underwriters Insurance Company | Insurance and Insurance Providers |
| National Casualty Company | Insurance and Insurance Providers |
| Travelers Casualty and Surety Company of America | Insurance and Insurance Providers |
| Trumbull Insurance Company | Insurance and Insurance Providers |
| Twin City Fire Insurance Company | Insurance and Insurance Providers |
| The Guardian LIfe Insurance Company | Insurance Provider |
| Certain Underwriters at Lloyd's, London | Insurance Providers |
| Chaucer Insurance Company | Insurance Providers |
| Hartford Casualty Insurance Company | Insurance Providers |
| Hartford Fire Insurance Company | Insurance Providers |
| Hartford Underwriters Insurance Company | Insurance Providers |
| National Casualty Company | Insurance Providers |
| Travelers Casualty and Surety Company of America | Insurance Providers |
| Trumball Insurance Company | Insurance Providers |
| Twin City Fire Insurane Company | Insurance Providers |
| Bott, Daniel | Officers and Insiders |
| Frain, Kevin | Officers and Insiders |
| Hill, James S., II | Officers and Insiders |
| Leonard, Tyler | Officers and Insiders |
| Uribe, Gina G. | Officers and Insiders |
| ADP | Payroll Processor |
| Anderson, Williams & Farrow, LLC | Plaintiff Counsel |

| Name/Entity | Relationship |
|---|---|
| Ansinelli Law, PLLC | Plaintiff Counsel |
| Barbara Bosler, PLLC | Plaintiff Counsel |
| Barnhart, Tinsman & Parrish, Ltd. | Plaintiff Counsel |
| Baumann, PC, Abes | Plaintiff Counsel |
| Black and White Law Firm | Plaintiff Counsel |
| Cameron Law Firm | Plaintiff Counsel |
| Carney Law Firm, P.A | Plaintiff Counsel |
| Connecticut Veterans Legal Center | Plaintiff Counsel |
| Davenport, Chanel | Plaintiff Counsel |
| Davis Miles McGuire Gardner, PLLC | Plaintiff Counsel |
| Deming Parker Law Office | Plaintiff Counsel |
| Disability Rights Texas | Plaintiff Counsel |
| Doan Law Offices | Plaintiff Counsel |
| Elite Legal Practice PC | Plaintiff Counsel |
| Forr, Stokan, Huff & Naugle | Plaintiff Counsel |
| Friedman, Framme & Thrush P.A | Plaintiff Counsel |
| GlantzLaw | Plaintiff Counsel |
| Greco, Michael J. | Plaintiff Counsel |
| Heatherly, Nickolas R. | Plaintiff Counsel |
| Heidarpour Law Firm, PLLC | Plaintiff Counsel |
| Helps Law Firm, LLC | Plaintiff Counsel |
| Horizon Law Group | Plaintiff Counsel |
| Judge, Judail | Plaintiff Counsel |
| Kobre & Kim | Plaintiff Counsel |
| L.LM., Albany Law School | Plaintiff Counsel |
| Lakeshore Legal Aid | Plaintiff Counsel |
| Land of Lincoln Legal Aid | Plaintiff Counsel |
| Legal Aid of Southern PA | Plaintiff Counsel |

| Name/Entity | Relationship |
|---|---|
| Lehman, Thomas L. | Plaintiff Counsel |
| Lennon, David D. | Plaintiff Counsel |
| LSC Legal Services Corp. | Plaintiff Counsel |
| Madison Law | Plaintiff Counsel |
| McCullers Litigation Group | Plaintiff Counsel |
| Mercer Kutch Law Firm | Plaintiff Counsel |
| Merritt Webb Wilson & Caruso, PLLC | Plaintiff Counsel |
| Meyers, Roman, Friedberg & Lewis | Plaintiff Counsel |
| Mike Agruss Law | Plaintiff Counsel |
| Morgan & Morgan | Plaintiff Counsel |
| O'Donovan, Timothy M. | Plaintiff Counsel |
| Older Lundy Koch & Martino | Plaintiff Counsel |
| Pullman & Comley | Plaintiff Counsel |
| Pyfer Reese Traub Gray & Fahart PC | Plaintiff Counsel |
| Rainbolt, PC, Ken | Plaintiff Counsel |
| Recovery Law Group, APC | Plaintiff Counsel |
| Reed, PC, Elizabeth I. | Plaintiff Counsel |
| Rise Legal, LLC | Plaintiff Counsel |
| Riveiro, PA, Vivian R. | Plaintiff Counsel |
| Sarvis Law LLC | Plaintiff Counsel |
| Schwed Law | Plaintiff Counsel |
| Senior Legal Services | Plaintiff Counsel |
| Sorrell Law Firm, PLC | Plaintiff Counsel |
| Sulaiman Law Group Ltd. | Plaintiff Counsel |
| Tallahassee Veterans Legal Collaborative | Plaintiff Counsel |
| The Harkness Law Firm, PLLC | Plaintiff Counsel |
| Tucker Disability Law | Plaintiff Counsel |
| Werner Hoffman Greig & Garcia | Plaintiff Counsel |

| Name/Entity | Relationship |
|---|---|
| William "Bill" Sterbinsky Veterans Affairs Law, P.A.? | Plaintiff Counsel |
| Smith, Hulsey and Busey | Secured Creditors Counsel |
| White & Case LLP | Secured Lender Counsel |
| Deutsche Bank AG New York Branch | Secured Lenders |
| Regions Bank | Secured Lenders |
| Siemens Financial Services, Inc. | Secured Lenders |
| Stifel Bank & Trust | Secured Lenders |
| Arciola, Pam | Staff for M.D. Fla. Bankruptcy Judges |
| Barber, Kristyn | Staff for M.D. Fla. Bankruptcy Judges |
| Bittakis, Megan | Staff for M.D. Fla. Bankruptcy Judges |
| Chatham, Wendy | Staff for M.D. Fla. Bankruptcy Judges |
| Chiang, Alex | Staff for M.D. Fla. Bankruptcy Judges |
| Comey, Edward | Staff for M.D. Fla. Bankruptcy Judges |
| Deeb, Jennifer | Staff for M.D. Fla. Bankruptcy Judges |
| Dello Iacono, Ann | Staff for M.D. Fla. Bankruptcy Judges |
| Fox, Tim | Staff for M.D. Fla. Bankruptcy Judges |
| Hale, Alison | Staff for M.D. Fla. Bankruptcy Judges |
| Harden, Nadia | Staff for M.D. Fla. Bankruptcy Judges |
| Hodges, Nancy | Staff for M.D. Fla. Bankruptcy Judges |
| Hollingsworth, Jodie | Staff for M.D. Fla. Bankruptcy Judges |
| Kraft, Jeanne | Staff for M.D. Fla. Bankruptcy Judges |
| Lawrence, Aimee | Staff for M.D. Fla. Bankruptcy Judges |
| Lee, Kevin | Staff for M.D. Fla. Bankruptcy Judges |
| Levy, Patricia | Staff for M.D. Fla. Bankruptcy Judges |
| Mallow, Sabrina | Staff for M.D. Fla. Bankruptcy Judges |
| McCain, Lisa | Staff for M.D. Fla. Bankruptcy Judges |
| Menard, Kate | Staff for M.D. Fla. Bankruptcy Judges |
| Moore, Chelsea | Staff for M.D. Fla. Bankruptcy Judges |

| Name/Entity | Relationship |
|---|---|
| Offutt, Mary | Staff for M.D. Fla. Bankruptcy Judges |
| Omshehe, Arya | Staff for M.D. Fla. Bankruptcy Judges |
| Sendra, Mark | Staff for M.D. Fla. Bankruptcy Judges |
| Stevenson, Laura | Staff for M.D. Fla. Bankruptcy Judges |
| Whitsett, Gena | Staff for M.D. Fla. Bankruptcy Judges |
| Alabama Department of Revenue | Taxing and Other Governmental Authorities |
| Arizona Department of Revenue | Taxing and Other Governmental Authorities |
| Arkansas Dept. of Finance and Administration | Taxing and Other Governmental Authorities |
| Colorado Department of Revenue | Taxing and Other Governmental Authorities |
| Comptroller of Maryland | Taxing and Other Governmental Authorities |
| DC Treasurer | Taxing and Other Governmental Authorities |
| Delaware Division of Revenue | Taxing and Other Governmental Authorities |
| Georgia Department of Revenue | Taxing and Other Governmental Authorities |
| Hawaii Dept. of Taxation | Taxing and Other Governmental Authorities |
| Idaho State Tax Commission | Taxing and Other Governmental Authorities |
| Illinois Dept. of Revenue | Taxing and Other Governmental Authorities |
| Indiana Department of Revenue | Taxing and Other Governmental Authorities |
| Iowa Department of Revenue | Taxing and Other Governmental Authorities |
| Kansas Department of Revenue | Taxing and Other Governmental Authorities |
| Kentucky Department of Revenue | Taxing and Other Governmental Authorities |
| Louisiana Department of Revenue | Taxing and Other Governmental Authorities |
| Massachusetts Department of Revenue | Taxing and Other Governmental Authorities |
| Michigan Department of Treasury | Taxing and Other Governmental Authorities |
| Minnesota Revenue Collector | Taxing and Other Governmental Authorities |
| Mississippi Department of Revenue | Taxing and Other Governmental Authorities |
| Missouri Department of Revenue | Taxing and Other Governmental Authorities |
| Montana Department of Revenue | Taxing and Other Governmental Authorities |
| Nebraska Department of Revenue | Taxing and Other Governmental Authorities |

| Name/Entity | Relationship |
| --- | --- |
| New Jersey Division of Taxation | Taxing and Other Governmental Authorities |
| New Mexico Taxation & Revenue Department | Taxing and Other Governmental Authorities |
| North Carolina Department of Revenue | Taxing and Other Governmental Authorities |
| NYS Commissioner of Taxation and Finance | Taxing and Other Governmental Authorities |
| Ohio Department of Taxation | Taxing and Other Governmental Authorities |
| Oklahoma Tax Commission | Taxing and Other Governmental Authorities |
| Oregon Department of Revenue | Taxing and Other Governmental Authorities |
| Pennsylvania Department of Revenue | Taxing and Other Governmental Authorities |
| South Carolina Department of Revenue | Taxing and Other Governmental Authorities |
| State of California Franchise Tax Board | Taxing and Other Governmental Authorities |
| State of Connecticut, Commissioner of Revenue Services | Taxing and Other Governmental Authorities |
| State of New Hampshire | Taxing and Other Governmental Authorities |
| Tennessee Department of Revenue | Taxing and Other Governmental Authorities |
| Texas Comptroller of Public Accounts | Taxing and Other Governmental Authorities |
| Utah State Tax Commission | Taxing and Other Governmental Authorities |
| Virginia Department of Taxation | Taxing and Other Governmental Authorities |
| West Virginia Tax Division | Taxing and Other Governmental Authorities |
| Wisconsin Department of Revenue | Taxing and Other Governmental Authorities |
| Bomkamp, Scott E. | U.S. Trustee for M.D. Fla. (and Key Staff) |
| Kelso, Jill E. | U.S. Trustee for M.D. Fla. (and Key Staff) |
| Munoz, Daniel | U.S. Trustee for M.D. Fla. (and Key Staff) |
| Simonitsch, William | U.S. Trustee for M.D. Fla. (and Key Staff) |
| van Baalen, Guy | U.S. Trustee for M.D. Fla. (and Key Staff) |
| Berg, Michael W. | UCC Counsel |
| Foley & Lardner LLP | UCC Counsel |
| Mohan, Tim | UCC Counsel |
| Poll Klaessy, Susan | UCC Counsel |
| Quinny, Truong | UCC Counsel |

| Name/Entity | Relationship |
|---|---|
| Saney, Michelle N. | UCC Counsel |
| Wolfson, Mark J. | UCC Counsel |
| The Honorable Brown, Jacob A., Chief Judge | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Burgess, Jason A. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Colton, Robert A. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Delano, Caryl E. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Funk, Jerry A. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Geyer, Tiffany | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable McEwen, Catherine Peek | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Rivera, Luis E. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Robson, Grace E. | United States Bankruptcy Judges (M.D. Fla.) |
| The Honorable Vaughan, Lori V. | United States Bankruptcy Judges (M.D. Fla.) |

**Schedule 2**

**Disclosures**

This information is being provided in connection with the *Official Committee of Unsecured Creditors' Application for Approval of Employment and Retention of Accordion Partners, LLC as Financial Advisor, Effective as of August 25, 2026*. Accordion has or had business relationships with, currently renders, or has previously rendered services during the past two years in matters unrelated to the Chapter 11 Cases for the following entities or their affiliates:

| **Type** | **Name** | **Accordion Relationship** |
|---|---|---|
| Bank Institution | Chase Bank | Banking Relationship |
| Banking Relationships | Chase | Banking Relationship |
| Consolidated Top 30 Unsecured Creditors | Amazon Web Services, Inc. | Vendor Relationship |
| Consolidated Top 30 Unsecured Creditors | Thompson Reuters | Client Relationship |
| Consolidated Top 30 Unsecured Creditors | Twilio, Inc. | Vendor Relationship |
| Creditor | Amazon Web Services, Inc. | Vendor Relationship |
| Creditor | Oracle America, Inc. | Vendor Relationship |
| Creditor | Oracle America, Inc. | Client Relationship |
| Creditor | Twilio, Inc. | Vendor Relationship |
| Creditor / Auditor | KPMG LLP | Vendor Relationship |
| Insurance and Insurance Providers | Hartford Casualty Insurance Company | Vendor Relationship |
| Insurance and Insurance Providers | Hartford Fire Insurance Company | Vendor Relationship |
| Insurance and Insurance Providers | Hartford Underwriters Insurance Company | Vendor Relationship |
| Insurance and Insurance Providers | Travelers Casualty and Surety Company of America | Personal Connection[1] |
| Insurance and Insurance Providers | Travelers Casualty and Surety Company of America | Vendor Relationship |

[1] The spouse of a member of Accordion's leadership team is an underwriter in the National Property Group at Travelers.

| Type | Name | Accordion Relationship |
|---|---|---|
| Insurance and Insurance Providers | Trumbull Insurance Company | Vendor Relationship |
| Insurance and Insurance Providers | Twin City Fire Insurance Company | Vendor Relationship |
| Insurance Provider | The Guardian Life Insurance Company | Vendor Relationship |
| Insurance Providers | Hartford Casualty Insurance Company | Vendor Relationship |
| Insurance Providers | Hartford Fire Insurance Company | Vendor Relationship |
| Insurance Providers | Hartford Underwriters Insurance Company | Vendor Relationship |
| Insurance Providers | Travelers Casualty and Surety Company of America | Personal Connection[2] |
| Insurance Providers | Travelers Casualty and Surety Company of America | Vendor Relationship |
| Insurance Providers | Trumball Insurance Company | Vendor Relationship |
| Insurance Providers | Twin City Fire Insurance Company | Vendor Relationship |
| Payroll Processor | ADP | Vendor Relationship |
| Secured Lenders | Deutsche Bank AG New York Branch | Non-Client Referral Relationship |
| Taxing and Other Governmental Authorities | Alabama Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Arizona Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Arkansas Dept. of Finance and Administration | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Colorado Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Comptroller of Maryland | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | DC Treasurer | Taxing Authority Relationship |

[2] The spouse of a member of Accordion's leadership team is an underwriter in the National Property Group at Travelers.

| Type | Name | Accordion Relationship |
|---|---|---|
| Taxing and Other Governmental Authorities | Delaware Division of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Georgia Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Hawaii Dept. of Taxation | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Idaho State Tax Commission | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Illinois Dept. of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Indiana Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Kansas Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Kentucky Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Louisiana Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Massachusetts Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Michigan Department of Treasury | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Minnesota Revenue Collector | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Mississippi Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Missouri Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Montana Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Nebraska Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | New Jersey Division of Taxation | Taxing Authority Relationship |

| **Type** | **Name** | **Accordion Relationship** |
|---|---|---|
| Taxing and Other Governmental Authorities | North Carolina Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | NYS Commissioner of Taxation and Finance | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Ohio Department of Taxation | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Oklahoma Tax Commission | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Oregon Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Pennsylvania Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | South Carolina Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | State of California Franchise Tax Board | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | State of Connecticut, Commissioner of Revenue Services | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | State of New Hampshire | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Tennessee Department of Revenue | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Texas Comptroller of Public Accounts | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Utah State Tax Commission | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Virginia Department of Taxation | Taxing Authority Relationship |
| Taxing and Other Governmental Authorities | Wisconsin Department of Revenue | Taxing Authority Relationship |
| UCC Counsel | Foley & Lardner LLP | Client Relationship |

| **Type** | **Name** | **Accordion Relationship** |
| --- | --- | --- |
| UCC Counsel | Foley & Lardner LLP | Personal Connection[3] |
| UCC Counsel | Foley & Lardner LLP | Vendor Relationship |

[3] The leader of Accordion's Turnaround & Restructuring practice is a personal estate-planning client of Foley & Lardner LLP.