**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>TRAJECTOR HOLDINGS, LLC, [1]<br><br><br>BENEFITS GROUP HOLDINGS, LLC,<br>TRAJECTOR MEDICAL, LLC,<br>INFINITE IP LLC,<br>PERFECT PATH, LLC,<br>TRAJECTOR ADMIN SERVICES, LLC,<br>BENEFITS INSURANCE, LLC,<br>MYLER INSURANCE SERVICES HOLDINGS, LLC,<br>ANCHORSIX SERVICES, LLC,<br>ATVANTAGE, LLC,<br>TRAJECTOR MEDIA SERVICES, LLC,<br>GLOBALTEK BPO LLC,<br>MYLER DISABILITY HOLDINGS, LLC,<br>MYLER DISABILITY, LLC,<br>ADDUCO MEDIA, LLC,<br>TRAJECTOR DISABILITY, LLC,<br>CONTACT CENTER 1, LLC,<br>BENEFITS KARMA, LLC,<br>EXECUTIVE STAFFING SOLUTIONS, PLLC,<br>AMPRY HOLDINGS, LLC,<br>CONCIERGE STAFFING SERVICE MANAGEMENT, LLC,<br>TRAJECTOR, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 3:26-bk-03286 (JAB)<br>Lead Case<br><br>*Jointly Administered with*<br>Case No. 3:26-bk-03289 (JAB)<br>Case No. 3:26-bk-03291 (JAB)<br>Case No. 3:26-bk-03293 (JAB)<br>Case No. 3:26-bk-03295 (JAB)<br>Case No. 3:26-bk-03296 (JAB)<br>Case No. 3:26-bk-03297 (JAB)<br>Case No. 3:26-bk-03298 (JAB)<br>Case No. 3:26-bk-03299 (JAB)<br>Case No. 3:26-bk-03300 (JAB)<br>Case No. 3:26-bk-03301 (JAB)<br>Case No. 3:26-bk-03302 (JAB)<br>Case No. 3:26-bk-03304 (JAB)<br>Case No. 3:26-bk-03306 (JAB)<br>Case No. 3:26-bk-03307 (JAB)<br>Case No. 3:26-bk-03308 (JAB)<br>Case No. 3:26-bk-03309 (JAB)<br>Case No. 3:26-bk-03310 (JAB)<br>Case No. 3:26-bk-03311 (JAB)<br>Case No. 3:26-bk-03312 (JAB)<br>Case No. 3:26-bk-03314 (JAB)<br>Case No. 3:26-bk-03315 (JAB) |

[1] The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607. The last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On September 17, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 90]

- **Modified Official Form 410 Proof of Claim** [substantially in the form of Exhibit A to Docket No. 23]

Pursuant to the Court's Order entered on July 30, 2026 at Doc. No. 80, Verita Global served the above court papers upon 1 current and/or former employee and will separately maintain the service details in order to protect against the disclosure of said individuals' personal information on the public record.

Dated: September 23, 2026

*/s/ Mikayla Cleary*
Mikayla Cleary
Verita
222 N. Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Name on File - ID 16626094 | Email on File |
| Name on File - ID 16626095 | Email on File |
| Name on File - ID 16626096 | Email on File |

# Exhibit B

**Exhibit B**

**Supplemental Creditor Matrix**

**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Name on File - ID 16600261 | Address on File | | | |
| Name on File - ID 16626094 | Address on File | | | |
| Name on File - ID 16626095 | Address on File | | | |
| Name on File - ID 16626096 | Address on File | | | |