# Income Statement by Entity (Cash Basis)
# August

| | TMS |
|---|---|
| **Inflow** | |
| Revenue | 480,500 |
| Other | |
| Total Inflows | 480,500 |
| | |
| **Outflow** | |
| Payroll | - |
| Marketing | 551 |
| **Other Operating Expenses** | |
| Acquired Evidence Total | - |
| Bank & Merchant Fee Total | - |
| Insurance Exp Total | - |
| Occupancy Expenses Total | - |
| Office Expenses Total | - |
| Dues, Subscription, and IT Expense Total | 900 |
| Professional Fees Total | - |
| Travel & Meals & Other Total | - |
| Transaction and Financing Fees Total | - |
| BREX Credit Card Total | - |
| Intercompany Expenses (GBTK & TI) Total | 278,475 |
| Loan Interest Payments | - |
| | |
| Total Outflows | 279,926 |
| TRANSFERS | (91,200) |
| Weekly Change | |