## August 2026 Balance Sheet

| | | 66-Trajector Media Services |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| CASHEI-Cash and cash equivalents | $ | 682,191.31 |
| ARTOI-Accounts Receivable - net Total | | 1,345,680.31 |
| NRECCI-Note Receivable - Current | | - |
| ARMEI-Receivables Due from Members- Current | | - |
| CNTASI-Contract Assets - Current | | 0.00 |
| POATOI-Prepaid and other current assets Total | | 1,096.00 |
| ICARI-Intercompany Accounts Receivable | | -0.00 |
| ICNREI-Intercompany - Note Receivables | | 11,691,047.55 |
| Total current assets | | 13,720,015.17 |
| PPENEI-Property and equipment - net | | - |
| LEAROI-Operating Lease Right-of-Use Assets Total | | - |
| INTGWI-Intangibles - Goodwill | | - |
| DFTXAI-Deferred Tax Assets Total | | - |
| ARMELI-Receivables Due from Members - LT | | - |
| CNASLI-Contract Assets - LT | | -0.00 |
| NRECLI-Note Receivable - LT | | - |
| SWTECI-Software Technology Total | | - |
| CUSRTI-Customer Relationships Total | | - |
| TRDNMI-Trade Names Total | | - |
| NONCPI-Non-competes Total | | - |
| Total assets | $ | 13,720,015.17 |
| **Liabilities and Members' Equity** | | |
| Current Liabilities: | | |
| ACTPAI-Accounts Payable | $ | 100.00 |
| ACCEXI-Accrued Expenses Total | | -0.00 |
| CURLTI-Current Long-Term Debt | | - |
| DFTXLI-Deferred Tax Liabilities Total | | - |
| ICPAYI-Intercompany Payables | | 0.00 |
| Total current liabilities | | 100.00 |
| LEAOLI-Operating Lease Liabilities Total | | - |
| LTDEBI-Long Term Debt - Less Current Portion Total | | - |
| LTDMEI-Long Term Debt Owed to Members | | - |
| OTHNCI-Other Non-Current Liabilities | | 0.00 |
| ICNPAI-Intercompany Note Payables | | 36,252,263.99 |
| Total liabilities | | 36,252,363.99 |

Members' Equity:

| | | |
|---|---|---|
| Members' equity attributable to Trajector Holdings Group unitholders | | -22,532,348.82 |
| NONCOI-Non Controlling Interest | | - |
| Total members' equity | | -22,532,348.82 |
| Less: Treasury Stock | | - |
| Total liabilities and members' equity | $ | 13,720,015.17 |
| BALANCE CHECK | | -0.00 |

Wednesday, September 16, 2026 AD time: 12:00:41 PM Coordinated Universal Time