# Income Statement August 2026

| | 66-Trajector Media Services<br>Period-to-Date |
|---|---|
| MEDRVT-Medical Revenue Total | $ 0.00 |
| LGLRTL-Legal US Total Revenue | - |
| DISREI-Disability Revenues Total | - |
| INSRVI-Insurance Revenues Total | - |
| MEDREI-Media Revenue | 440,583.33 |
| TECREI-Technology Revenue | 0.00 |
| MGTREI-Management Revenue Total | 0.00 |
| REVICI-Intercompany Revenue Total | 0.00 |
| Total Revenue | 440,583.33 |
| | |
| Operating expenses: | |
| SALBFT-COS and Salaries and Benefits Total | (20,021.87) |
| CONLBI-Contract Labor Total | - |
| ADVMKI-Advertising and Marketing Total | 3,106.49 |
| ADVMGI-Advertising and Management Total | 0.00 |
| BADEXI-Bad Debts Expense Total | - |
| ACQEVI-Acquired Evidence Total | - |
| BNKMEI-Bank & Merchant Fee Total | 0.00 |
| INSREI-Insurance Exp Total | 100.00 |
| OCCEXI-Occupancy Expenses Total | 4,437.04 |
| OFFEXI-Office Expenses Total | 5.15 |
| DSBITI-Dues, Subscription, and IT Expense Total | 376.99 |
| PROFEI-Professional Fees Total | 2,694.17 |
| TRVEXI-Travel & Meals & Entertainment Total | 0.00 |
| TRNFEI-Transaction and Financing Fees Total | 0.00 |
| OUTEXI-Outsourced Expenses Total | 241,871.08 |
| ICOEXI-Intercompany Expenses Total | - |
| DEPAMI-Depreciation and Amortization Total | - |
| Total operating expenses | 232,569.05 |
| | |
| Income (loss) from operations | 208,014.28 |
| **Income (loss) from operattions Margin %** | **47.2%** |
| | |
| UNITCI-Unit Based Comp Exp Total | - |
| TRNFEI-Transaction and Financing Fees Total | 0.00 |
| DEPAMI-Depreciation and Amortization Total | - |
| | |
| Adjusted EBITDA | 208,014.28 |
| | |
| **Adjusted EBITDA Margin %** | **47.2%** |

| | | |
|---|---|---|
| Other income (expense): | | |
| INTEXI-Interest Expense Total | | - |
| GAINLI-Gain on Litigation Settlement Total | | - |
| INTRSI-Interest Income Total | | 0.00 |
| OTHEXI-Other Misc Exp Total | | - |
| REVOTI-Revenue - Other Total | | 0.00 |
| FOREXI-Foreign Currency Exc | | - |
| GAINSI-Gain (loss) on Sale Total | | - |
| Total other expense, net | | 0.00 |
| | | |
| Income before income taxes | | 208,014.28 |
| | | |
| INCTXI-Tax Expense Total | | 0.00 |
| | | |
| **Net (loss) Income %** | | **47.2%** |
| Net income (loss) | | 208,014.28 |
| Less: Net income attributable to noncontrolling interest | | - |
| Net income attributable to Trajector Holdings Group unitholders | $ | 208,014.28 |
| | | |
| Net income per unit - basic and diluted | $ | - |
| Weighted-average number of units outstanding - basic and diluted | | - |
| | | |
| **Non-GAAP Metrics:** | | |
| EBITDA | $ | 208,014.28 |
| EBITDA Margin | | -47.2% |

Wednesday, September 16, 2026 AD time: 12:33:55 PM Coordinated Universal Tim