ORACLE
Trajector Inc US

# Receivables Aging by General Ledger Account Report

Report Date 9/14/26 4:16 PM


**Company** 66

**Accounting FlexField** 66-40-120010-0000-00-000000- Trajector Media Services-Media Services-Accounts Receivable \- Tra-Default Department-No IC-Default Product-Default Project-Default Future Use

**Customer Account Name** Advocates of America

**Customer Account Number** 34024

**Customer Address** Lehi UT

| Invoice Number | Type | Due Date | Outstanding Amount | Current | 1-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181-9999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 30002 | TMS-Invoice | 11/30/24 | 23,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,000.00 |
| | | **Total Debits** | 23,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,000.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| | | **Customer Balance** | 23,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,000.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |

**Customer Account Name** Outreach Legal Services, LLC

**Customer Account Number** 8548

**Customer Address** American Fork UT

| Invoice Number | Type | Due Date | Outstanding Amount | Current | 1-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181-9999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 37001 | TMS-Invoice | 4/30/25 | 79,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,250.00 |
| 43002 | TMS-Invoice | 6/30/25 | 10,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,500.00 |
| 53004 | TMS-Invoice | 12/31/25 | 299,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299,500.00 |
| 55002 | TMS-Invoice | 1/31/26 | 220,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 220,000.00 |
| 63003 | TMS-Invoice | 7/31/26 | 157,000.00 | 0.00 | 0.00 | 157,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65002 | TMS-Invoice | 8/31/26 | 232,250.00 | 232,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Total Debits** | 998,500.00 | 232,250.00 | 0.00 | 157,000.00 | 0.00 | 0.00 | 0.00 | 609,250.00 |
| | | | | 23.26 | 0.00 | 15.72 | 0.00 | 0.00 | 0.00 | 61.02 |
| | | **Customer Balance** | 998,500.00 | 232,250.00 | 0.00 | 157,000.00 | 0.00 | 0.00 | 0.00 | 609,250.00 |
| | | | | 23.26 | 0.00 | 15.72 | 0.00 | 0.00 | 0.00 | 61.02 |

**Customer Account Name** Rodrigo 1 Gonzalez

**Customer Account Number** 3887925002742405294

**Customer Address** Punta Gorda FL

| Invoice Number | Type | Due Date | Outstanding Amount | Current | 1-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181-9999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10000 | TMS-Invoice | 3/15/24 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | **Total Debits** | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| | | **Customer Balance** | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |

**Total for Accounting FlexField** 1,021,501.00

| | |
|---|---|
| **Company Total** | 1,021,501.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total for Report** | 1,021,501.00 | 232,250.00 | 0.00 | 157,000.00 | 0.00 | 0.00 | 0.00 | 632,251.00 |
| | | 22.74 | 0.00 | 15.37 | 0.00 | 0.00 | 0.00 | 61.89 |

**End of Report**