REGIONS

**Regions Bank**
Music Row
1600 Division ST., Suite 100
Nashville, TN 37203

TRAJECTOR MEDIA SERVICES LLC
DEBTOR IN POSESSION
5950 NW 1ST PL STE 200
GAINESVILLE FL 32607-6065

**ACCOUNT #** [redacted]7898

| | |
|---|---|
| | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## COMMERCIAL ANALYZED CHECKING

August 1, 2026 through August 31, 2026

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$356,370.27** | | Minimum Balance | $196,844 |
| Deposits & Credits | $1,600,900.00 | + | | |
| Withdrawals | $1,279,926.21 | - | | |
| Fees | $0.00 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$677,344.06** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/11 | Wire Transfer 1/Trajector Ss | 908,800.00 |
| 08/11 | Trajector Medica ACH Entry Trajector Medi 55604 | 211,600.00 |
| 08/20 | Quick Deposit - Thank You | 480,500.00 |
| | Total Deposits & Credits | $1,600,900.00 |

## WITHDRAWALS

| | | |
|---|---|---|
| 08/11 | Trajector Media ACH Entry Trajecto1 -Sett-Trajector | 551.27 |
| 08/11 | Wire Transfer Globaltek Bpo | 78,411.66 |
| 08/13 | Regions Bank Acct Trans [redacted]7528 Dkeller | 1,000,000.00 |
| 08/13 | Wire Transfer Globaltek Bpo | 200,063.28 |
| 08/18 | Trajector Media ACH Entry Trajecto1 -Sett-Trajector | 900.00 |
| | Total Withdrawals | $1,279,926.21 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/11 | 1,397,807.34 | 08/18 | 196,844.06 | 08/20 | 677,344.06 |
| 08/13 | 197,744.06 | | | | |


2026 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS
**Regions Bank**
Music Row
1600 Division ST., Suite 100
Nashville, TN 37203

TRAJECTOR MEDIA SERVICES LLC
DEBTOR IN POSESSION
5950 NW 1ST PL STE 200
GAINESVILLE FL 32607-6065

**ACCOUNT #** **[redacted]7898**

| | |
|---|---|
| | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.