**ORDERED.**

**Dated: October 05, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| TRAJECTOR HOLDINGS, LLC, [1] | Case No. 3:26-bk-03286-JAB<br>Lead Case |
| | *Jointly Administered with* |
| BENEFITS GROUP HOLDINGS, LLC, | Case No. 3:26-bk-03289-JAB |
| TRAJECTOR MEDICAL, LLC, | Case No. 3:26-bk-03291-JAB |
| INFINITE IP LLC, | Case No. 3:26-bk-03293-JAB |
| PERFECT PATH, LLC, | Case No. 3:26-bk-03295-JAB |
| TRAJECTOR ADMIN SERVICES, LLC, | Case No. 3:26-bk-03296-JAB |
| BENEFITS INSURANCE, LLC, | Case No. 3:26-bk-03297-JAB |
| MYLER INSURANCE SERVICES HOLDINGS, LLC, | Case No. 3:26-bk-03298-JAB |
| ANCHORSIX SERVICES, LLC, | Case No. 3:26-bk-03299-JAB |
| ATVANTAGE, LLC, | Case No. 3:26-bk-03300-JAB |
| TRAJECTOR MEDIA SERVICES, LLC, | Case No. 3:26-bk-03301-JAB |
| GLOBALTEK BPO LLC, | Case No. 3:26-bk-03302-JAB |
| MYLER DISABILITY HOLDINGS, LLC, | Case No. 3:26-bk-03304-JAB |
| MYLER DISABILITY, LLC, | Case No. 3:26-bk-03306-JAB |
| ADDUCO MEDIA, LLC, | Case No. 3:26-bk-03307-JAB |
| TRAJECTOR DISABILITY, LLC, | Case No. 3:26-bk-03308-JAB |
| CONTACT CENTER 1, LLC, | Case No. 3:26-bk-03309-JAB |
| BENEFITS KARMA, LLC, | Case No. 3:26-bk-03310-JAB |
| EXECUTIVE STAFFING SOLUTIONS, PLLC, | Case No. 3:26-bk-03311-JAB |
| AMPRY HOLDINGS, LLC, | Case No. 3:26-bk-03312-JAB |

[1] The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607. The last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

CONCIERGE STAFFING SERVICE MANAGEMENT, LLC, Case No. 3:26-bk-03314-JAB
TRAJECTOR, INC., Case No. 3:26-bk-03315-JAB

Debtors.
_____________________________________________/

**AGREED ORDER RESOLVING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) EXTENDING THE GENERAL BAR DATE, (II) REQUIRING FURTHER SERVICE AND PUBLICATION OF THE BAR DATE NOTICE, (III) ALLOWING THE COMMITTEE TO DELIVER THE COMMITTEE LETTER, AND (IV) GRANTING RELATED RELIEF [DOC. NO. 242]**

**THIS CASE** came before the Court on September 29, 2026, at 3:00 p.m., in Jacksonville, Florida (the "Hearing"), upon the *Emergency Motion of the Official Committee of Unsecured Creditors For Entry of an Order (I) Extending the General Bar Date, (II) Requiring Further Service and Publication of the Bar Date Notice, (III) Allowing the Committee to Deliver the Committee Letter, and (IV) Granting Related Relief* [Doc. No. 242] (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"). The Court, having considered the Motion, the *Debtors' Omnibus Response in Opposition to (A) Putative Class Claimants' Expedited Motion to Extend and/or Toll the Claims Bar Date Pending Resolution of Class-Treatment; and (B) Official Committee of Unsecured Creditors' Emergency Motion for Entry of an Order (I) Extending the General Bar Date, (II) Requiring Further Service and Publication of the Bar Date Notice, (III) Allowing the Committee to Deliver the Committee Letter, and (IV) Granting Related Relief* [Doc. No. 253], and the argument of counsel at the Hearing, having scheduled an evidentiary hearing for October 15, 2026, at 10:00 a.m, to consider the Motion, having been advised that the Committee and the Debtors have resolved the Motion by agreement, and, by submission of this order for entry, the submitting party represents that the Committee consents to its entry. Accordingly, it is –

**ORDERED** as follows:

1. The Motion is **RESOLVED** as set forth herein.

2. The general bar date for the filing of non-governmental proofs of claim in the Debtors' chapter 11 cases is extended to **October 31, 2026** (the "Extended Bar Date").

3. The notice of the Extended Bar Date (the "Amended Bar Date Notice"), in the form attached as **Exhibit A** is **APPROVED**.

4. Other than the extension of the general bar date to October 31, 2026, as set forth herein, all other terms and conditions set forth in this Court's *Order Granting Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* [Doc. No. 72] shall remain in full force and effect.

5. Nothing in this Order shall be deemed to be a finding that the prior notice provided by the Debtors in these chapter 11 cases was inadequate or insufficient in any way.

6. Upon the entry of this Order, the Debtors shall file the Amended Bar Date Notice on the Court's docket, and the Debtors shall serve the Amended Bar Date Notice by electronic transmission only upon Trajector Medical clients with valid e-mail addresses, no later than five (5) days from the entry of this Order.

7. The Debtors shall not be required to serve the Amended Bar Date Notice except as set forth in paragraph 6 of this Order.

8. Service of the Amended Bar Date Notice as set forth in this Order shall be deemed to be good and sufficient notice of the Extended Bar Date.

9. All other relief requested in the Motion, other than as expressly set forth in this Order, is **DENIED**.

10. The evidentiary hearing set for October 15, 2026, at 10:00 a.m. with respect to only the Motion is **CANCELED**.

11. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

*(Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*

# EXHIBIT A

INFORMATION to identify the case:

**United States Bankruptcy Court, Middle District of Florida** Date cases filed for chapter 11: **07/23/2026**

# Official Form 309F1 (For Corporations or Partnerships)
# Amended Notice of Chapter 11 Bankruptcy Case

| Name of Debtor | Other Names Used by the Debtors (if any) | EIN | Case No. |
|---|---|---|---|
| Trajector Holdings, LLC | | 86-2897528 | Case No. 3:26-bk-03286-JAB |
| Benefits Group Holdings, LLC | | 86-2062029 | Case No. 3:26-bk-03289-JAB |
| Trajector Medical, LLC | f/k/a Vet Comp & Pen Medical Consulting, LLC | 47-1965243 | Case No. 3:26-bk-03291-JAB |
| Infinite IP LLC | | 99-1663723 | Case No. 3:26-bk-03293-JAB |
| Perfect Path, LLC | d/b/a Trajector Services (previous d/b/a Loxley) | 83-4503494 | Case No. 3:26-bk-03295-JAB |
| Trajector Admin Services, LLC | | 33-4992231 | Case No. 3:26-bk-03296-JAB |
| Benefits Insurance, LLC | | 86-1849835 | Case No. 3:26-bk-03297-JAB |
| Myler Insurance Services Holdings, LLC | | 86-1903606 | Case No. 3:26-bk-03298-JAB |
| AnchorSix Services, LLC | | 88-4305009 | Case No. 3:26-bk-03299-JAB |
| Atvantage, LLC | d/b/a AnchorSix | 87-0677384 | Case No. 3:26-bk-03300-JAB |
| Trajector Media Services, LLC | | 88-3377509 | Case No. 3:26-bk-03301-JAB |
| Globaltek BPO LLC | | 66-0951684 | Case No. 3:26-bk-03302-JAB |
| Myler Disability Holdings, LLC | | 42-3369924 | Case No. 3:26-bk-03304-JAB |
| Myler Disability, LLC | | 27-1570845 | Case No. 3:26-bk-03306-JAB |
| Adduco Media, LLC | | 47-1270257 | Case No. 3:26-bk-03307-JAB |
| Trajector Disability, LLC | f/k/a Trajector SS Disability, LLC; f/k/a Benefits Social Security, LLC | 86-2355136 | Case No. 3:26-bk-03308-JAB |
| Contact Center 1, LLC | | 99-4382329 | Case No. 3:26-bk-03309-JAB |
| Benefits Karma, LLC | | 92-1321850 | Case No. 3:26-bk-03310-JAB |
| Executive Staffing Solutions, PLLC | f/k/a JGR Solutions, LLC | 99-1731841 | Case No. 3:26-bk-03311-JAB |
| Ampry Holdings, LLC | | 92-1312323 | Case No. 3:26-bk-03312-JAB |
| Concierge Staffing Service Management, LLC | | 39-3722814 | Case No. 3:26-bk-03314-JAB |
| Trajector, Inc. | | 86-3152128 | Case No. 3:26-bk-03315-JAB |

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

**To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).**

**The staff of the bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtors' Full Names:** | **Trajector Holdings, LLC ****<br>**** (See above for full names of all Debtors)** | |
| **2. All Other Names Used in the Last 8 Years:** | **See above list.** | |
| **3. Mailing Address:** | **5950 NW 1st Place**<br>**Suite 200**<br>**Gainesville, FL 32607** | |
| **4. Debtors' attorney** Name and address | **Edward J. Peterson, Esq.**<br>**Berger Singerman LLP**<br>**101 E. Kennedy Boulevard**<br>**Suite 1165**<br>**Tampa, FL 33602** | Contact phone: (813) 498-3400<br><br>Email: epeterson@bergersingerman.com |
| **5. Bankruptcy Clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer/uscourts.gov | **Bryan Simpson United States Courthouse**<br>**300 North Hogan Street**<br>**Suite 3-150**<br>**Jacksonville, FL 32202** | Hours open:<br>Monday-Friday 8:30 AM – 4:00 PM<br><br>Contact Phone: (904) 301-6490<br><br>Dated: August 3, 2026 |
| **6. MEETING OF CREDITORS** The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073-1 restricts the entry of personal devices into the Courthouse. | **at <u>August 26, 2026, at 10:00 a.m. (EDT)</u>**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>***Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.*** | **Meeting to be held telephonically by the U.S. Trustee's Office (For Jacksonville Cases), Call in Number:**<br><br>**844-767-5651; Passcode: 5458462**<br><br>**Parties wishing to reserve time for questioning should email the United States Trustee at:**<br><br>USTPRL341Questions@usdoj.gov |

| | |
|---|---|
| **7. Proof of Claim Deadline**<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to:<br><br>**First-Class Mail, Hand Delivery or Overnight Mail:**<br>Trajector Claims Processing Center<br>c/o KCC dba Verita<br>222 N. Pacific Coast Highway<br>Suite 300<br>El Segundo, CA 90245<br><br>**Proofs of Claim may also be filed electronically via the case website:**<br><br>https://www.veritaglobal.net/trajector | **Deadline for all creditors to file a proof of claim: October 31, 2026**<br><br>**For a governmental unit: 180 days from the later of the date of filing or the order for relief**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov, at any bankruptcy clerk's office, on the case website at https://www.veritaglobal.net/trajector, or by calling the toll-free information line at 888-249-2695 (U.S./Canada), or +1-310-751-2601 (International).<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov or at the case website of https://www.veritaglobal.net/trajector.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to Discharge Deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint: No later than the first date set for the hearing on confirmation.** |
| **9. Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| **12. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1-866-222-8029. |