**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>TRAJECTOR HOLDINGS, LLC, [1]<br><br>BENEFITS GROUP HOLDINGS, LLC,<br>TRAJECTOR MEDICAL, LLC,<br>INFINITE IP LLC,<br>PERFECT PATH, LLC,<br>TRAJECTOR ADMIN SERVICES, LLC,<br>BENEFITS INSURANCE, LLC,<br>MYLER INSURANCE SERVICES HOLDINGS, LLC,<br>ANCHORSIX SERVICES, LLC,<br>ATVANTAGE, LLC,<br>TRAJECTOR MEDIA SERVICES, LLC,<br>GLOBALTEK BPO LLC,<br>MYLER DISABILITY HOLDINGS, LLC,<br>MYLER DISABILITY, LLC,<br>ADDUCO MEDIA, LLC,<br>TRAJECTOR DISABILITY, LLC,<br>CONTACT CENTER 1, LLC,<br>BENEFITS KARMA, LLC,<br>EXECUTIVE STAFFING SOLUTIONS, PLLC,<br>AMPRY HOLDINGS, LLC,<br>CONCIERGE STAFFING SERVICE MANAGEMENT, LLC,<br>TRAJECTOR, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 3:26-bk-03286 (JAB)<br>Lead Case<br><br>*Jointly Administered with*<br>Case No. 3:26-bk-03289 (JAB)<br>Case No. 3:26-bk-03291 (JAB)<br>Case No. 3:26-bk-03293 (JAB)<br>Case No. 3:26-bk-03295 (JAB)<br>Case No. 3:26-bk-03296 (JAB)<br>Case No. 3:26-bk-03297 (JAB)<br>Case No. 3:26-bk-03298 (JAB)<br>Case No. 3:26-bk-03299 (JAB)<br>Case No. 3:26-bk-03300 (JAB)<br>Case No. 3:26-bk-03301 (JAB)<br>Case No. 3:26-bk-03302 (JAB)<br>Case No. 3:26-bk-03304 (JAB)<br>Case No. 3:26-bk-03306 (JAB)<br>Case No. 3:26-bk-03307 (JAB)<br>Case No. 3:26-bk-03308 (JAB)<br>Case No. 3:26-bk-03309 (JAB)<br>Case No. 3:26-bk-03310 (JAB)<br>Case No. 3:26-bk-03311 (JAB)<br>Case No. 3:26-bk-03312 (JAB)<br>Case No. 3:26-bk-03314 (JAB)<br>Case No. 3:26-bk-03315 (JAB) |

[1] The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607. The last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

# CERTIFICATE OF SERVICE

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On October 1, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Order Scheduling Evidentiary Hearing on Debtors' Emergency Motion for Order (I) Authorizing the Debtors (A) to Use Cash Collateral on an Interim Basis Pursuant to 11 U.S.C. § 363, and (B) to Grant Adequate Protection in Connection Therewith Pursuant to 11 U.S.C. §§ 361, 363, and 507; and (II) Scheduling a Final Hearing Under Bankruptcy Rule 4001 (Doc. 17), Debtors' Emergency Motion for Allowance of Affiliate Officers' Salaries and Benefits (Doc. 33), Putative Class Claimants' Motion for the Application of Bankruptcy Rule 7023 and for Leave to File Class Proofs of Claim (Doc. 234), Putative Class Claimants' Expedited Motion to Extend and/or Toll the Claims Bar Date Pending Resolution of Class-Treatment (Doc. 235), and the Official Committee of Unsecured Creditors' Emergency Motion for Entry of an Order (I) Extending the General Bar Date, (II) Requiring Further Service and Publication of the Bar Date Notice, (III) Allowing the Committee to Deliver the Committee Letter, and (IV) Granting Related Relief (Doc. 242)** [Docket No. 287]

Dated: October 5, 2026

*/s/ Mikayla Cleary*
Mikayla Cleary
Verita
222 N. Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Alaska Office of the Lt Governor | Alaska Office of the Lt Governor | Attn Corporate Bankruptcy Dept | corporations@alaska.gov |
| Arizona Attorney General - CSS | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arizona Office of the Secretary of State | Arizona Office of the Secretary of State | Attn Corporate Bankruptcy Dept | sosadmin@azsos.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Arkansas Dept of Finance & Administration | Arkansas Dept of Finance & Administration | | sharon.mahoney@dfa.arkansas.gov; oas@dfa.arkansas.gov; Alicia.Austin.Smith@dfa.arkansas.gov |
| Arkansas Secretary of State | Arkansas Secretary of State | Attn Corporate Bankruptcy Dept | info@sos.arkansas.gov |
| Counsel to Gilbert Quijada, Jr., Jeffrey Phillips, and Kimberly Phillips | Aylstock, Witkin, Kreis & Overholtz, PLC | Jonathan F. Aylstock, Douglas Kreis and Bryan F. Aylstock | jaylstock@awkolaw.com; dkreis@awkolaw.com; baylstock@awkolaw.com |
| Counsel to James S. Hill, II, Blackfin Capital, LLC and Turner Raymond & Associates LLC | Burr & Forman LLP | J. Ellsworth Summers, Jr. | ESummers@burr.com |
| California Franchise Tax Board | California Franchise Tax Board | Business Entity Bankruptcy MS A345 | SacramentoInquiries@cdtfa.ca.gov; LegalSOB@cdtfa.ca.gov |
| Special Counsel to the Debtors and Debtors-in-Possession | Carlton Fields, P.A. | Donald R. Kirk | dkirk@carltonfields.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Colorado Dept of Revenue | Colorado Dept of Revenue | Attn Bankruptcy Unit | DOR_TaxpayerService@state.co.us; DOR_TAC_Bankruptcy@state.co.us |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.state.co.us |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Connecticut Dept of Revenue | Connecticut Dept of Revenue | Department of Revenue Services | DRS@ct.gov |
| DC Office of the Secretary | DC Office of the Secretary | Attn Corporate Bankruptcy Dept | secretary@dc.gov |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Administrative Agent | Deutsche Bank | Michael Busam | michael.busam@db.com |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State of Florida Department of Revenue | Florida Dept of Revenue | Attn Bankruptcy Dept | emailDOR@floridarevenue.com; OGCBankruptcy@floridarevenue.com |
| Florida Dept of Revenue | Florida Dept of Revenue | General Counsel, Mark Hamilton | TSP_BANKRUPTCY@DOR.STATE.FL.US; emailDOR@floridarevenue.com; OGCBankruptcy@floridarevenue.com |
| Florida Secretary of State | Florida Secretary of State | Attn Corporate Bankruptcy Dept | secretaryofstate@dos.myflorida.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Foley & Lardner LLP | Mark J. Wolfson | mwolfson@foley.com; crowell@foley.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Georgia Secretary of State | Georgia Secretary of State | Attn Corporate Bankruptcy Dept | soscontact@sos.ga.gov |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Hawaii Dept of Taxation | Hawaii Dept of Taxation | Attn Bankruptcy Dept | Taxpayer.Services@hawaii.gov |
| Counsel to Canyon Park Owner II, LLC | Holland & Knight LLP | Edward M. Fitzgerald | edward.fitzgerald@hklaw.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Idaho State Tax Commission | Idaho State Tax Commission | Attn Compliance Division | compliancebankruptcy@tax.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Illinois Dept of Revenue | Illinois Dept of Revenue | Bankruptcy Unit | rev.bankruptcy@illinois.gov; webmaster@illinoistreasurer.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Indiana Secretary of State | Indiana Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Iowa Secretary of State | Iowa Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.iowa.gov |
| Kansas Dept of Revenue | Kansas Dept of Revenue | Scott State Office Building | KDOR_tac@ks.gov |
| Kansas Secretary of State | Kansas Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.ks.gov |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Kentucky Dept of Revenue | Kentucky Dept of Revenue | Legal Support Branch - Bankruptcy | Michael.Hornback@ky.gov |
| Kentucky Secretary of State | Kentucky Secretary of State | Attn Corporate Bankruptcy Dept | sos.secretary@ky.gov |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Louisiana Secretary of State | Louisiana Secretary of State | Attn Corporate Bankruptcy Dept | admin@sos.la.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maine Dept of Revenue | Maine Dept of Revenue | | corporate.tax@maine.gov |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | sos.office@maine.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Maryland Comptroller | Maryland Comptroller | Revenue Administration Center | kstephens@marylandtaxes.gov |
| Massachusetts Secretary of the Commonwealth | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | corpinfo@sec.state.ma.us |
| Financial Advisor to the Debtors and Debtors-in-Possession | Michael Moecker & Associates, Inc. | Elisa Patente | epatente@moecker.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to the Michigan Department of Treasury | Michigan Department of Treasury | Moe Freedman, Assistant Attorney General | FreedmanM1@michigan.gov |
| Michigan Dept of Treasury | Michigan Dept of Treasury | Collection/Bankruptcy Unit | MIStateTreasurer@michigan.gov |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | secretary@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.mn.us |
| Mississippi Dept of Revenue | Mississippi Dept of Revenue | Attn Bankruptcy Dept | bankruptcy.oac.taxcom@dor.ms.gov |
| Missouri Dept of Revenue | Missouri Dept of Revenue | | bankruptcy@dor.mo.gov |
| Missouri Secretary of State | Missouri Secretary of State | Attn Corporate Bankruptcy Dept | info@sos.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Montana Dept of Revenue | Montana Dept of Revenue | Attn Bankruptcy Dept | DORBankruptcy@mt.gov; TChenoweth@mt.gov; MGohn@mt.gov |
| Montana Secretary of State | Montana Secretary of State | Attn Corporate Bankruptcy Dept | sos@mt.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov |
| Nebraska Dept of Revenue | Nebraska Dept of Revenue | Attn Bankruptcy Unit | Rev.BNC@nebraska.gov |
| Nebraska Secretary of State | Nebraska Secretary of State | Attn Corporate Bankruptcy Dept | sos.info@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Hampshire Secretary of State | New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | corporate@sos.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Bankruptcy Unit | richard.flatch@treas.nj.gov |
| New Jersey Lt Governor | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | feedback.sos@sos.nj.gov |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.nm.us |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| North Dakota Secretary of State | North Dakota Secretary of State | Attn Corporate Bankruptcy Dept | sos@nd.gov |
| Counsel to The State of New York | Office of the New York State Attorney General | Deanna R. Nelson | deanna.nelson@ag.ny.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Office of the U.S. Trustee for the Middle District of Florida (Jacksonville Division) | Office of the United States Trustee for the Middle District of Florida | Guy A. Van Baalen, William Simonitsch, Scott Bomkamp and Jill E. Kelso | guy.a.vanbaalen@usdoj.gov; William.j.simonitsch@usdoj.gov; Scott.e.bomkamp@usdoj.gov; jill.kelso@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Ohio Dept of Taxation | Ohio Dept of Taxation | Attn Bankruptcy Division | bankruptcydivision@tax.ohio.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | cpu-bankruptcy@oag.ok.gov |
| Oklahoma Secretary of State | Oklahoma Secretary of State | Attn Corporate Bankruptcy Dept | executivelegislative@sos.ok.gov |
| Oklahoma Tax Commission | Oklahoma Tax Commission | General Counsels Office | bankruptcy@tax.ok.gov; jgappa@tax.ok.gov |
| Oregon Dept of Revenue | Oregon Dept of Revenue | Attn Bankruptcy Unit | questions.dor@oregon.gov |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | oregon.sos@oregon.gov |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Pennsylvania Dept of Revenue | Pennsylvania Dept of Revenue | Bankruptcy Division | RA-RV-BET-HBG-TA-EM@pa.gov |
| Pennsylvania Secretary of State | Pennsylvania Secretary of State | Attn Corporate Bankruptcy Dept | ST-PRESS@pa.gov |
| Secured Lenders | Regions Bank | Regions Securities LLC | Mike.Zingraf@regions.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Rhode Island Secretary of State | Rhode Island Secretary of State | Attn Corporate Bankruptcy Dept | corporations@sos.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | Miami Regional Office | miami@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Secured Lenders | Siemens Financial Services, Inc. | Vencent Spencer | vincent.spencer@siemens.com |
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | Smith Hulsey & Busey | John R. Thomas, Allan E. Wulbern and Carli J. Frederick | jthomas@smithhulsey.com; awulbern@smithhulsey.com; cfrederick@smithhulsey.com |
| Counsel to the Social Security Administration | Social Security Administration | Mindy D. Smith | Mindy.smith@ssa.gov; SSA.bankruptcy@ssa.gov |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Carolina Dept of Revenue | South Carolina Dept of Revenue | Office of General Counsel | bankruptcylegal@dor.sc.gov; CorpTax@dor.sc.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| South Dakota Dept of Revenue | South Dakota Dept of Revenue | Attn Bankruptcy Dept | bustax@state.sd.us; specialT@state.sd.us |
| South Dakota Secretary of State | South Dakota Secretary of State | Attn Corporate Bankruptcy Dept | sdsos@state.sd.us |
| Secured Lenders | Stifel Bank & Trust | Stifel Financial Corp. | mcdonaldd@stifelbank.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov; tdor.bankruptcy@tn.gov |
| Tennessee Dept of Revenue | Tennessee Dept of Revenue | | TDOR.Bankruptcy@tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Texas Secretary of State | Texas Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.texas.gov |
| Tennessee Dept of Revenue | TN Dept of Revenue | Stuart Wilson-Patton, Senior Assistant Attorney General | stuart.wilson-patton@ag.tn.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Utah Dept of Taxation | Utah Dept of Taxation | Attn Bankruptcy Section | taxmaster@utah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Vermont Dept of Taxes | Vermont Dept of Taxes | | tax.vttaxdept@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Virginia Dept of Taxation | Virginia Dept of Taxation | Bankruptcy Unit | VA_Tax_BK@harriscollect.com; bankruptcy@taxva.com |
| Washington Secretary of State | Washington Secretary of State | Attn Corporate Bankruptcy Dept | secretaryofstate@sos.wa.gov |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| West Virginia Dept of Revenue | West Virginia Dept of Revenue | Attn Legal Division Bankruptcy Unit | TaxHelp@WV.Gov |
| West Virginia Secretary of State | West Virginia Secretary of State | Attn Corporate Bankruptcy Dept | wvsos@wvsos.com |
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | White & Case LLP | Ben Ludewig, Partner and Andrew Zatz | benjamin.ludewig@whitecase.com; azatz@whitecase.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | White & Case LLP | Clint Simkins | clint.simkins@whitecase.com |
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | White & Case LLP | Kristin Schultz | Kristin.schultz@whitecase.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wisconsin Dept of Revenue | Wisconsin Dept of Revenue | Special Procedures Unit | DORCompliance@wisconsin.gov; DORIncome@wisconsin.gov |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | ag.webmaster@wyo.gov |
| Wyoming Dept of Revenue | Wyoming Dept of Revenue | | dor_taxability@wyo.gov |
| Wyoming Secretary of State | Wyoming Secretary of State | Attn Corporate Bankruptcy Dept | secofstate@wyo.gov |

# Exhibit B

**Exhibit B**

**Bank Service List**

**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Plains State Bank | John Valdez | jvaldez@psbplains.com |

# Exhibit C

**Exhibit C**

**Affected Parties Service List**

**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Deutsche Bank AG New York Branch | Deutsche Bank AG New York Branch | White & Case LLP | azatz@whitecase.com |
| Counsel to Deutsche Bank AG New York Branch | Deutsche Bank AG New York Branch | White & Case LLP | kristin.schultz@whitecase.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Foley & Lardner LLP | Mark J. Wolfson | mwolfson@foley.com; crowell@foley.com |
| Counsel to Gilbert Quijada, Jr., Jeffrey Phillips, and Kimberly Phillips, Individually and on Behalf of All Others Similarly Situated | Gilbert Quijada, Jr., Jeffrey Phillips, and Kimberly Phillips, Individually and on Behalf of All Others Similarly Situated | Pack Law | joe@packlaw.com; jessey@packlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Official Committee of Unsecured Creditors | Foley & Lardner LLP | spollklaessy@foley.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Official Committee of Unsecured Creditors | Foley & Lardner LLP | tmohan@foley.com |
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | Smith Hulsey & Busey | John R. Thomas, Allan E. Wulbern and Carli J. Frederick | jthomas@smithhulsey.com; awulbern@smithhulsey.com; cfrederick@smithhulsey.com |

# Exhibit D

**Exhibit D**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | Alabama Dept of Revenue | | 50 North Ripley St | | | Montgomery | AL | 36104 |
| Alabama Secretary of State | Alabama Secretary of State | Attn Corporate Bankruptcy Dept | 600 Dexter Avenue | State Capitol Building Ste S-105 | | Montgomery | AL | 36130 |
| Alaska Dept of Revenue | Alaska Dept of Revenue | | PO Box 110400 | | | Juneau | AK | 99811-0400 |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Arizona Dept of Revenue | Arizona Dept of Revenue | | 1600 West Monroe St | | | Phoenix | AZ | 85007 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| California Secretary of State | California Secretary of State | Attn Corporate Bankruptcy Dept | 1500 11th Street | | | Sacramento | CA | 95814 |
| Connecticut Secretary of State | Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | Attn Capitol Office | PO Box 150470 | | Hartford | CT | 06115-0470 |
| Delaware Dept of Revenue | Delaware Dept of Revenue | Division of Revenue/Bankruptcy Services | 820 N French St 8th Floor | Carvel State Building | | Wilmington | DE | 19801 |
| Delaware Secretary of State | Delaware Secretary of State | Attn Corporate Bankruptcy Dept | 820 N. French St. | 4th Floor | | Wilmington | DE | 19801 |
| Administrative Agent | Deutsche Bank | Michael Busam | Leveraged Debt Capital Markets | The Deutsche Bank Center | 1 Columbus Circle | New York | NY | 10019 |
| UCC Lienholder | Deutsche Bank AG New York Branch, as Administrative and Collateral Agent | | 1 Columbus Circle | | | New York | NY | 10019 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| State of Florida Department of Revenue | Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0112 |
| Florida Secretary of State | Florida Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 6327 | | | Tallahassee | FL | 32314 |
| Georgia Dept of Revenue | Georgia Dept of Revenue | Compliance Division - Central Collection Section | 1800 Century Blvd NE, Suite 9100 | | | Atlanta | GA | 30345-3202 |
| Hawaii Lt Governer | Hawaii Lt Governer | Attn Corporate Bankruptcy Dept | 415 S Beretania St | | | Honolulu | HI | 96813 |
| Idaho Secretary of State | Idaho Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 83720 | | | Boise | ID | 83702 |
| Illinois Secretary of State | Illinois Secretary of State | Attn Corporate Bankruptcy Dept | 213 State Capitol | | | Springfield | IL | 62756 |
| Indiana Dept of Revenue | Indiana Dept of Revenue | Bankruptcy Section | 100 North Senate Avenue, MS 108 | | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Iowa Dept of Revenue and Finance | Iowa Dept of Revenue and Finance | Attn Bankruptcy Unit | PO Box 10330 | | | Des Moines | IA | 50306-0330 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| UCC Lienholder | Lenovo Financial Services | | 10201 Centurion Pkwy N., Ste. 100 | | | Jacksonville | FL | 32256 |
| Louisiana Dept of Revenue | Louisiana Dept of Revenue | | 617 North Third St | | | Baton Rouge | LA | 70802 |
| Maryland Secretary of State | Maryland Secretary of State | Attn Corporate Bankruptcy Dept | 16 Francis St | | | Annapolis | MD | 21401 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Massachusetts Dept of Revenue | Massachusetts Dept of Revenue | Bankruptcy Unit | PO Box 7090 | | | Boston | MA | 02204-7090 |

**Exhibit D**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Minnesota Dept of Revenue | Minnesota Dept of Revenue | | 600 North Robert Street | | | St. Paul | MN | 55101 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Mississippi Secretary of State | Mississippi Secretary of State | Attn Corporate Bankruptcy Dept | 401 Mississippi St | | | Jackson | MS | 39201 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| Montana Secretary of State | Montana Secretary of State | Attn Corporate Bankruptcy Dept | Montana Capitol Building Room 260 | PO Box 202801 | | Helena | MT | 59620-2801 |
| Nevada Dept of Taxation | Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | | Carson City | NV | 89706 |
| Nevada Secretary of State | Nevada Secretary of State | Attn Corporate Bankruptcy Dept | 101 North Carson St Ste 3 | Nevada State Capitol Building | | Carson City | NV | 89701 |
| New Hampshire Dept of Revenue | New Hampshire Dept of Revenue | Attn Legal Bureau | 109 Pleasant St. (Medical & Surgical Building) | Governor Hugh Gallen State Office Park | | Concord | NH | 03301 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| New Mexico Dept of Revenue | New Mexico Dept of Revenue | | 10500 Copper Ave NE Suite C | | | Albuquerque | NM | 87123 |
| New York Dept of Taxation & Finance | New York Dept of Taxation & Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | | Albany | NY | 12231-0001 |
| North Carolina Dept of Revenue | North Carolina Dept of Revenue | Attention Bankruptcy Unit | PO Box 1168 | | | Raleigh | NC | 27602-1168 |
| North Carolina Secretary of State | North Carolina Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 29622 | | | Raleigh | NC | 27626-0622 |
| North Dakota Office of State Tax Commissioner | North Dakota Office of State Tax Commissioner | | 600 E Boulevard Ave, Dept 127 | | | Bismarck | ND | 58505-0599 |
| Counsel to The State of New York | Office of the New York State Attorney General | Deanna R. Nelson | Watertown Regional Office | 200 Washington Street, Suite 401 | | Watertown | NY | 13601 |
| United States Attorney's Office for the Middle District of Florida | Office of the United States Attorney for the Middle District of Florida | Attn Bankruptcy Division | 300 North Hogan St Ste 700 | | | Jacksonville | FL | 32202 |
| Office of the U.S. Trustee for the Middle District of Florida (Jacksonville Division) | Office of the United States Trustee for the Middle District of Florida | Guy A. Van Baalen, William Simonitsch, Scott Bomkamp and Jill E. Kelso | George C. Young Federal Building | 400 West Washington Street, Suite 1100 | | Orlando | FL | 32801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad Street 14th Fl | | | Columbus | OH | 43215 |
| Ohio Secretary of State | Ohio Secretary of State | Attn Corporate Bankruptcy Dept | 22 North Fourth Street | | | Columbus | OH | 43215 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Secured Lenders | Regions Bank | Regions Securities LLC | Mike Zingraf, Senior Vice President | One Indiana Square, Suite 702 | | Indianapolis | IN | 46204 |
| Rhode Island Division of Taxation | Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 |
| SEC Regional Office | Securities & Exchange Commission | Miami Regional Office | 801 Brickell Ave., Ste 1950 | | | Miami | FL | 33131 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Secured Lenders | Siemens Financial Services, Inc. | Vencent Spencer | Corporate Lending Americas Team | 101 Merritt 7, 2nd Floor | | Norwalk | CT | 06851 |
| South Carolina Secretary of State | South Carolina Secretary of State | Attn Corporate Bankruptcy Dept | 1205 Pendleton St Suite 525 | | | Columbia | SC | 29201 |

**Exhibit D**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Secured Lenders | Stifel Bank & Trust | Stifel Financial Corp. | Dan McDonald | One Financial Plaza | 501 North Broadway | St. Louis | MO | 63102 |
| Tennessee Secretary of State | Tennessee Secretary of State | Attn Corporate Bankruptcy Dept | State Capitol | | | Nashville | TN | 37243-1102 |
| Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | | Austin | TX | 78711-3528 |
| Tennessee Dept of Revenue | TN Dept of Revenue | Stuart Wilson-Patton, Senior Assistant Attorney General | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| United States Treasury | United States Department of the Treasury | Attn Bankruptcy Division | 1500 Pennsylvania Avenue N.W. | | | Washington | DC | 20220 |
| US Attorney General | US Department of Justice | US Attorney General | 950 Pennsylvania Avenue NW | | | Washington | DC | 20530-0001 |
| Utah Secretary of State | Utah Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 146705 | | | Salt Lake City | UT | 84114-6705 |
| Vermont Secretary of State | Vermont Secretary of State | Attn Corporate Bankruptcy Dept | 128 State Street | | | Montpelier | VT | 05633-1101 |
| Virginia Secretary of the Commonwealth | Virginia Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | PO Box 2454 | | | Richmond | VA | 23218 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Washington DC Office of Tax & Revenue | Washington DC Office of Tax & Revenue | Bankruptcy Unit, Stephanie Jeterm Supervisory Revenue Officer | 1101 4th Street SW | | | Washington | DC | 20024 |
| Washington Dept of Revenue | Washington Dept of Revenue | Attn Bankruptcy Unit | 2101 4th Ave, Suite 1400 | | | Seattle | WA | 98121 |
| Counsel to Deutsche Bank AG New York Branch (“DBNY”), as Administrative Agent | White & Case LLP | Ben Ludewig, Partner and Andrew Zatz | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 |
| Wisconsin Secretary of State | Wisconsin Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 7848 | | | Madison | WI | 53703 |

# Exhibit E

**Exhibit E**

**Banks Service List**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | | 383 Madison Avenue | New York | NY | 10017 |
| Mountain American Credit Union | | PO Box 2331 | Sandy | UT | 84091 |
| Plains State Bank | John Valdez | 19404 Kenswick Dr | Humble | TX | 77338 |